IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIPE JESUS VILLASENOR, | ) | No. C 12-4829 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| v. | ) ) | |
| WARDEN P.E. BRAZELTON, | ) ) | |
| Respondent. | ) ) | |
| | ) | (Docket No. 22) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 6, 2013, Respondent filed an answer to the petition. (Docket No. 8.) Petitioner has filed a motion for an extension of time to reply to Respondent's answer. (Docket No. 22.) Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than sixty-days from the filing date of this order**.

This order terminates docket number 22.

IT IS SO ORDERED.

DATED: 5/7/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Villasenor829eot-trav.wpd